# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. |
| | ) | |
| Plaintiff, | ) | **INFORMATION** EP-14-M-4395-MAT |
| | ) | |
| v. | ) | [VIO:  Count One – Title 18 U.S.C., |
| | ) | Sections 7(3) and 13, (Involving Section |
| ENRIQUE HINOJOSA JR., | ) | 49.04(a), Texas Penal Code – DWI)]. |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE
### [18 U.S.C. 7(3) and 13 (Involving Section 49.04(a), Texas Penal Code)]

On or about June 14, 2014 in the Western District of Texas, and at a place within the special maritime and territorial jurisdiction of the United States as defined in Title 18, United States Code, Section 7(3), on land reserved and acquired for the use of the United States, to wit: Fort Bliss, Texas, the Defendant,

### ENRIQUE HINOJOSA JR.,

did then and there drive and operate a motor vehicle in a public place while the said Defendant was intoxicated, namely:  the Defendant did not have the normal use of his mental and physical faculties by reason of the introduction of alcohol into his body and the Defendant had an alcohol concentration of 0.08 or more in his body, in violation of Title 18, United States Code, Sections 7(3) and 13 (Involving Section 49.04(a), Texas Penal Code).

Respectfully submitted,

ROBERT PITMAN
United States Attorney

STEVEN SPITZER
Assistant United States Attorney
Texas Bar 00797480


By:   K. DANIEL JONES
Special Assistant United States Attorney
Building 113, Pershing Road
Fort Bliss, Texas 79916
915-568-5458
Arkansas Bar 2010177